**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB; 011 UAAAC MEMBER,<br><br>Plaintiffs,<br><br>v.<br><br>15809 VANOWEN, LLC; and DOES 1 THROUGH 10,<br><br>Defendants. | **Case No: 2:17-cv-04948-ODW-AGR**<br><br>**ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |

Pursuant to Plaintiffs Notice of Voluntary Dismissal (ECF No. 9), and good cause appearing therefore:

**IT IS HEREBY ORDERED** that:

1. Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), the entire action and all claims asserted therein are hereby **DISMISSED** with prejudice; and

2. All dates and deadlines in this action are vacated and taken off calendar.

**IT IS SO ORDERED**.

September 1, 2017

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**